■ In the Matter of CRYSTAL P., a Person Alleged to be a Juvenile Delinquent, Appellant. [651 NYS2d 306] —Order, Family Court, New York County (George Jurow, J.), entered on or about September 29, 1995, unanimously affirmed, without costs and disbursements. (*See, People v Fernandez*, 88 NY2d 777.) Concur—Rosenberger, J. P., Ellerin, Rubin, Kupferman and Nardelli, JJ.